PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>AGUSTIN D. SIMON,<br><br>          Debtor. | Case No. 1:24-MC-00019 SKO<br><br>**STIPULATION RE: WRIT OF CONTINUING GARNISHMENT; ORDER**<br><br>(Doc. 9)<br><br>Criminal Case No. 1:13-CR-00203 LJO |
| JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>          Garnishee. | |

The United States of America and debtor Agustin D. Simon (collectively, the Parties) hereby stipulate to the final resolution of the United States' pending continuing garnishment action as follows:

**RECITALS**

1.      On February 7, 2024, the United States filed an Application for Writ of Continuing Garnishment of property located at garnishee Jackson National Life Insurance Company, in which Agustin D. Simon has an interest.  ECF No. 1.

2.      The United States seeks to garnish $73,081.37 to satisfy Agustin D. Simon's outstanding restitution balance.  *Id.*

1

3.     Simon acknowledges and understands that the Federal Debt Collection Procedures Act ("FDCPA") affords him certain rights in a garnishment action.  He waives these rights, including service of the writ of garnishment pursuant to 28 U.S.C. § 3205(c)(3); notice of and the right to claim exemptions and request a hearing as provided in 28 U.S.C. §§ 3202 and 3205(c)(5); and to any other process to which he may be entitled under the FDCPA.

4.     The Parties have agreed to resolve this garnishment action as set forth below.

## STIPULATION

The Parties hereby stipulate and agree as follows:

A.     The Parties consent to entry of an order approving this Stipulation by a United States Magistrate Judge; and

B.     The Court should enter a final garnishment order directing garnishee Jackson National Life Insurance Company to turn over $45,724.18 from funds held in account number ending ****7264 within 7 days of approval of this Stipulation.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:   _April 16, 2024_____        By:     /s/_____
ROBIN TUBESING
Assistant United States Attorney

Dated:  _April 12, 2024_____        By:     /s/_____
AGUSTIN D. SIMON
DEBTOR

**ORDER**

The Court, having reviewed its files and the Parties' Stipulation re Garnishment (the Stipulation) (Doc. 9), and good cause appearing therefrom,

IT IS HEREBY ORDERED that:

A.    The Stipulation is APPROVED and the parties' request for a final garnishment order is GRANTED;

B.    Garnishee Jackson National Life Insurance Company is ordered to turn over $45,724.18 from funds held in account number ending ****7264 within 7 days of approval of this Stipulation. Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court," and delivered to:

> Office of the Clerk
> 501 I Street, Room 4-200
> Sacramento, CA  95814

The criminal docket number (1:13-CR-00203 LJO) shall be stated on the payment instrument;

C.    Upon verification of receipt of the funds by the Clerk of the Court, the United States will move to terminate the writ;

D.    Each party shall bear their own costs; and

E.    The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.

Dated:   **April 17, 2024**                    _/s/ Sheila K. Oberto_
                                    UNITED STATES MAGISTRATE JUDGE